# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DEREK DON POSEY,                                )
                                                )
                    Petitioner,                 )
                                                )
v.                                              )        Case No. CIV-25-187-PRW
                                                )
CHRISTE QUICK, Warden,                          )
Oklahoma State Penitentiary,                    )        DEATH PENALTY CASE
                                                )
                    Respondent.                 )

## PETITIONER, DEREK POSEY'S MOTION TO WITHDRAW
## ATTORNEY KATRINA CONRAD-LEGLER

Comes now, Petitioner Derek Posey, through counsel Hunter Labovitz, and requests this Court allow the withdrawal of Katrina Conrad-Legler from the representation of Petitioner. Counsel Katrina Conrad-Legler has resigned her position with the Federal Public Defender's office. Undersigned counsel, Hunter Labovitz, will continue to represent Petitioner under the appointment of the Office of the Federal Public Defender, Capital Habeas Unit.

Petitioner respectfully requests this Court enter and Order withdrawing Katrina Conrad-Legler as attorney of record in this matter.

Respectfully submitted,

*s/ Hunter Labovitz*
Hunter Labovitz, NJ Bar # 010942006
Assistant Federal Public Defender
Office of the Federal Public Defender
Capital Habeas Unit, Western District of OK

215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
(405) 609-5975
Hunter_Labovitz@fd.org

*Attorney for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christina Burns, Assistant Attorney General
Jennifer Crabb, Assistant Attorney General
Joshua Lockett, Assistant Attorney General
fhc.docket@oag.ok.gov

*s/ Hunter Labovitz*
Hunter Labovitz
Assistant Federal Public Defender