**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

DEREK DON POSEY,

      Petitioner,

      v.

CHRISTE QUICK, Warden,
Oklahoma State Penitentiary,

      Respondent.

Case No. 25-CV-00128-PRW
(Capital case)

**NOTICE OF STATE COURT FILING**
**OF SUCCESSOR APPLICATION FOR POST-CONVICTION RELIEF**

Petitioner Derek Don Posey, through undersigned counsel, respectfully gives notice to this Court and the Respondent that, on March 30, 2026, he filed a subsequent Application for Post-Conviction Relief in the Oklahoma Court of Criminal Appeals, *Posey v. State*, No. PCD-2026-219 (Okla. Crim. App. Mar. 30, 2026) (attached), to exhaust certain claims filed in his habeas corpus Petition (Dkt. 26). *Cf.* Order, Dkt. 40 at 3.

      Respectfully submitted,

      *s/ Hunter Labovitz*
      HUNTER LABOVITZ, NJ Bar # 010942006
      Assistant Federal Public Defender
      Western District of Oklahoma
      Capital Habeas Unit
      215 Dean A. McGee, Suite 707
      Oklahoma City, OK  73102
      (405) 609-5975 (phone)
      (405) 609-5976 (fax)
      E-mail: Hunter_Labovitz@fd.org

      COUNSEL FOR PETITIONER,
      DEREK DON POSEY

## **CERTIFICATE OF SERVICE**

I, Hunter Labovitz, hereby certify that on this 31st day of March 2026, I electronically transmitted the foregoing document to the Clerk of Court using the Court's electronic case filing system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christina Burns, Assistant Attorney General
Jennifer Crabb, Assistant Attorney General
Joshua Lockett, Assistant Attorney General

State of Oklahoma Attorney General's Office

Additionally, a copy of the foregoing document will be emailed to the following service email of the Oklahoma Attorney General's Office:

fhc.docket@oag.ok.gov

*s/ Hunter Labovitz*
HUNTER LABOVITZ
Assistant Federal Public Defender