**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DEREK DON POSEY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-CV-00128-PRW** |
| | ) | **(CAPITAL CASE)** |
| **CHRISTE QUICK, Warden,** | ) | |
| **Oklahoma State Penitentiary,** | ) | |
| | ) | |
| **Respondent.** | ) | |

<u>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
28 U.S.C. § 2254 HABEAS PETITION**</u>

COMES NOW Respondent and respectfully requests a seven (7) day extension of time to file a Response to Petitioner's capital 28 U.S.C. § 2254 habeas corpus petition, Doc. 26.  In support of this request, Respondent states as follows:

1. Respondent's Response to the habeas petition is currently due April 26, 2026. Respondent has not previously requested an extension for her Response to the habeas petition.

2. Respondent respectfully requests an additional seven (7) days from April 26, 2026, within which time to file her Response to the habeas petition filed on January 26, 2026.

3. In addition to preparing the habeas Response in this case, the undersigned is working on, or has worked on, the following matters:

    a. Objection to Petitioner's motion to expand the habeas record (*see* Docs. 27, 31), filed February 17, 2026, in the instant case.

    b. Brief of Appellee in *Curtis Matthews v. State of Oklahoma*, Oklahoma Court of Criminal Appeals Case No. F-2025-270, involving five (5) propositions for relief, filed February 24, 2026.

c. Brief in Support of Application to Assume Original Jurisdiction and Petition for Writ of Mandamus, in *State of Oklahoma v. The Honorable Mike Hogan*, OCCA Case No. MA-2026-142, filed March 3, 2026.

d. Dedicated significant time to identifying and correcting any errors or discrepancies in the filing of the immense state district court record in the instant matter, which ultimately resulted in the filing of a supplemental state court record on April 8, 2026.

e. Assisted in preparing state district court record for filing in the capital habeas case styled *Daniel Vasquez v. Christe Quick*, W.D. Case No. CIV-25-1469-R, filed April 21, 2026.

f. The undersigned is also currently assigned the following habeas and state court matters, currently pending in either federal court or in Oklahoma state district court:

    i. *James C. Ryder v. State of Oklahoma*, OCCA Case No. D-2000-886, a complex capital case with ongoing execution competency proceedings, as pled in Pittsburg County Case No. CV-2022-196;

    ii. *State of Oklahoma v. Karl Allen Fontenot*, Pontotoc County Case No. CRF-1984-183, a homicide case currently set for trial in July 2026, which has undergone extensive pretrial litigation;

    iii. *Thomas Jesse Ward v. David Buss*, E.D. Case No. CIV-23-146-JFH-GLJ;

    iv. *In Re: Thomas Jesse Ward*, 10th Circuit Case No. 26-7029.

4. Additionally, co-counsel for Respondent in this matter, Supervisory Assistant Attorney General Jennifer Crabb, who oversees all capital appeals, recently represented the State of Oklahoma in clemency proceedings on April 8, 2026, in the case of *Raymond Johnson v. State of Oklahoma*, OCCA Case No. D-2009-702, in addition to her continuing work on other cases and her other supervisory duties.

5. Petitioner's counsel, Hunter Labovitz and Brendan Van Winkle, have no objection to this request.

6. The only other impacted deadlines will be for Petitioner's reply to Respondent's response to the habeas petition and any motion for discovery and/or an evidentiary hearing, due forty-five (45) days after the filing of the response pursuant to the original scheduling order. (Doc. 16 at 4-5). There are no trial dates which will be impacted by the filing of Respondent's responses after an extension of seven (7) days.

7.  Respondent makes this request in good faith and not for the purpose of delay.

WHEREFORE, Respondent respectfully requests an enlargement of time of seven (7) days from April 26, 2026, within which time to file a Response to Petitioner's 28 U.S.C. § 2254 habeas corpus petition.

Respectfully submitted,

**GENTNER F. DRUMMOND**
**ATTORNEY GENERAL OF OKLAHOMA**

**s/ CHRISTINA A. BURNS**
**CHRISTINA A. BURNS, O.B.A. #31006**
**ASSISTANT ATTORNEY GENERAL**
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Fax: (405) 522-4534
Service email: fhc.docket@oag.ok.gov

**ATTORNEY FOR RESPONDENT**

## CERTIFICATE OF SERVICE

X    I hereby certify that on April 22, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the Following ECF registrants.

Brendan Mathew Van Winkle
Hunter S. Labovitz

s/ Christina A. Burns

3